ROBERT POPE *vs.* GLOUCESTER CONSERVATION COMMISSION & another.[1] August 16, 1996. *Supreme Judicial Court,* Superintendence of inferior courts, Appeal from order of single justice.

The plaintiff purports to appeal under S.J.C. Rule 2:21, 421 Mass. 1303 (1995), to the full court from a single justice's denial of relief sought under G. L. c. 211, § 3 (1994 ed.). If we assume, without deciding, that the document submitted by the plaintiff met his filing responsibility under rule 2:21, we conclude that he has not made the requisite showing that review on appeal (or other available means) of the trial court decision would not be adequate.

*Judgment affirmed.*

[1]Department of Environmental Protection.

The case was submitted on the papers filed.

*Robert Pope*, pro se.

*Judith Fabricant*, Assistant Attorney General, for the defendants.